UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
DIVISION
Case No.: 17-cv-60647-WPD

DAVID COLEMAN,

       Plaintiff(s),

v.

H.D. SMITH, LLC,

       Defendant(s).

## NOTICE OF SELECTION OF MEDIATOR

The parties agree to and select the following mediator in this matter:

**Marlene Quintana, Esquire**
GrayRobinson, P.A.
333 SE 2nd Avenue
Suite 3200
Miami, Florida 33131

Respectfully submitted,
By: /s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503.5131
Facsimile: (888) 270.5549

Case No.: 17-cv-60647-WPD

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By /s/ R. Martin Saenz

## SERVICE LIST
David Coleman v. H.D. Smith, LLC
CASE NO. 17-cv-60647-WPD
United States District Court, Southern District of Florida

**R. Martin Saenz, Esquire**
E-Mail: msaenz@saenzanderson.com
Ria N. Chattergoon, Esquire
E-Mail: ria@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
Counsel for Plaintiff

Eric S. Roth
E-mail: eroth@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Phone: (305) 789-3351
Fax: (305) 789-2657
Attorneys for Defendant, H. D. Smith, LLC
Lorilea Buerkett, Esq.
E-mail: lbuerkett@bhslaw.com
BROWN HAY & STEPHENS
205 S. 5th Street, Suite 700
Springfield, IL 62701
Phone: (217) 544-8491
Fax: (217) 544-9609
Attorneys for Defendant, H. D. Smith, LLC
(Pending Pro Hac Vice Admission)