UNITED STATES DISTRICT COURT
DISTRICT OF FLORIDA
DIVISION
Case No.: 17−cv−60647−WPD

| | |
|---|---|
| DAVID COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| H.D. SMITH, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, DAVID COLEMAN (hereinafter Plaintiff) and H.D. SMITH, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby file this *Joint Stipulation of Dismissal with Prejudice,* and respectfully request that the Court dismiss the above-styled case with prejudice and each party to bear their own legal fees and costs.

Respectfully submitted this 11th day of August, 2017.

*/s/ Ria N. Chattergoon*
R. Martin Saenz, Esq.
Florida Bar No. 0640166
E-mail: msaenz@saenzanderson.com
Ria N. Chattergoon, Esq.
Florida Bar No. 015099
E-mail: ria@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, FL 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
**Counsel for Plaintiff**

*/s/ Eric S. Roth*
Eric S.Roth
Florida Bar No. 864935
E-mail: eroth@stearnsweaver.com
Stearns Weaver Miller Weissler
Alhadeff & Sitterson,P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Phone: (305) 789-3351
Fax: (305) 789-2657

Lorilea Buerkett, Esq.
E-mail: lbuerkett@bhslaw.com
State Bar No. 6215820 BROWNHAY &

Case No.:17−cv−60647−WPD

STEPHENS 205 S. 5th Street, Suite 700
Springfield,IL 62701
Phone: (217) 544-8491
Fax: (217) 544-9609

*Counsel for Defendant*