**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  17-60647-CIV-DIMITROULEAS

DAVID COLEMAN,

      Plaintiff,

vs.

H.D. SMITH, LLC,

      Defendants.

_____/

<u>**ORDER OF DISMISSAL**</u>

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 16] (the "Stipulation"), filed herein on August 11, 2017.  The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.    The Stipulation [DE 16] is hereby **APPROVED**;

2.    This action is **DISMISSED with prejudice**;

3.    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of August, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record